# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 351 MAL 2016

           Respondent           :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court
           v.                    :

GEORGE WILLIAM CARSON,          :

           Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.